EDWARD KELLY, Appellant, *v.* JAMES C. BROWER, Respondent.

(Argued January 21, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 10, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

This action was brought to recover back an installment paid upon contracts for the purchase of real estate. Plaintiff declined to take a conveyance because of an alleged failure of title in defendant to a strip of the land described in the contracts.

The court, after a consideration of the various deeds, maps and surveys, reached the conclusion that defendant's title covered, and that he was the owner in fee of the strip in question.

*Joseph A. Burr* for appellant.

*William T. Gilbert* for respondent.

BRADLEY, J., reads for affirmance.
All concur.
Judgment affirmed.